THOMAS H. HALL and Others v. VICTOR E. MEYER.— Motion denied,

with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.